■ The People of the State of New York, Respondent, v Hector Coste, Appellant. [872 NYS2d 687]—Appeal from a judgment, Supreme Court, New York County (Budd G. Goodman, J.), rendered September 23, 2004, dismissed as moot. Motion to discontinue appeal granted to the extent indicated. No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Buckley and Catterson, JJ.